AO 91 (Rev. 11/11) Criminal Complaint                                  AUSA Elham Peirson (312) 353-1412

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE SORIANO a.k.a. "Jorje" or "merch_king" | CASE NUMBER: 23 CR 535<br><br>**UNDER SEAL** |

FILED
10/11/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or between September 2022 through October 12, 2022, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | for the purpose of producing a visual depiction employed, used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct, knowing and having reason to know that the visual depiction would be transmitted using any means or facility of interstate or foreign commerce and said visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported across state lines or in foreign commerce by any means, including by computer. |

This criminal complaint is based upon these facts:

  X    Continued on the attached sheet.

_____
KINSEY RUSSELL
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 11, 2023                          _____
                                                                    *Judge's signature*

City and state: Chicago, Illinois               GABRIEL A. FUENTES, U.S. Magistrate Judge
                                                                    *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, KINSEY RUSSELL, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since 2020. My current responsibilities include the investigation of child exploitation and child pornography.

2. This affidavit is submitted in support of a criminal complaint alleging that George SORIANO has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SORIANO with sexual exploitation of a child, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts.

## FACTS SUPPORTING PROBABLE CAUSE

4. In summary, defendant George SORIANO, a 25-year-old male, communicated with at least one minor girl to entice her to engage in sexually explicit conduct for the purpose of producing child pornography, using a cellular telephone

and social networking applications connected through the Internet. Specifically, as outlined further below, SORIANO began communicating with Minor A, a 12 year-old girl, via Snapchat, a social messaging application, to arrange meetings between Minor A and SORIANO. As more fully described below, on at least one occasion SORIANO took Minor A to his residence where SORIANO recorded a video of himself engaging in vaginal sexual intercourse with Minor A. SORIANO then saved and sent the video depicting himself and Minor A engaged in sexually explicit conduct, via Snapchat, to Minor A and others.

### LAW ENFORCEMENT OBTAINED A VIDEO OF MINOR A ENGAGED IN SEXUALLY EXPLICIT CONDUCT

5. According to police reports from Williams Bay Police Department (WBPD), on or around September 1, 2022, WBPD received a call from Individual A, father of Minor A. Individual A told WBPD that he and his wife ("Individual B") had located two used condoms in Minor A's bedroom, located in Williams Bay, Wisconsin. Due to Minor A's age, Individual A and Individual B decided to notify the WBPD. According to Individual A and B, their daughter, Minor A, was 12 years old in September 2022.

6. According to police reports from WBPD, on or around September 13, 2022, Individual B contacted the WBPD and turned over two additional used condoms, four used condom wrappers, and one unused Plan B One Step Box found in Minor A's bedroom.

7. According to police reports from WBPD, between September 2022 and January 2023, Individual A provided law enforcement with multiple cellular

telephones belonging to his daughter, Minor A. WBPD reports reflect that on or around January 20, 2023, Individual A consented to the search and seizure of two additional cell phones belonging to Minor A: Blue Apple iPhone ("Minor Phone 5"), and White Apple iPhone with pop socket ("Minor Phone 6").

8. According to a Walworth County Sheriff's Office (WCSO) report, the WCSO assisted in the WBPD investigation and upon examination of Minor Phone 6, a WCSO detective observed a video of a girl, believed to be Minor A, and an adult male engaged in sexual intercourse.

9. I reviewed the forensic cellular telephone extraction of Minor Phone 6 and discovered the referenced video bearing the file name iPhone/mobile/Media/DCIM/100APPLE/IMG_0327.MOV ("Video 1"), which is approximately 00:32 seconds in length. I reviewed the video and observed a medium-skinned male, from the hips down, and a light-skinned female with long brown hair engaged in vaginal sexual intercourse. According to the video, the individuals were on a bed, on top of a dark blue blanket covered in what appeared to be a white Fleur-de-lis pattern. The video shows the female was positioned in front of the male on her hands and knees while the male knelt behind her and thrust his erect penis repeatedly into the female's vagina. The video further depicts that the male appeared to be holding the recording device in his right hand. At one point in the video, the male grabs the female's hair in his left hand and pulls the females hair it back toward himself.

10. I reviewed the audio associated with the video and heard the male stating, "oh fuck. Good girl." In addition, I heard the male direct the female to say, "Can you say fuck me harder Daddy" and the female respond, "Fuck me harder Daddy," the male then replied, "goodie."

**SORIANO MET MINOR A ON SNAPCHAT AND PRODUCED A VIDEO OF HIMSELF HAVING SEXUAL INTERCOURSE WITH MINOR A**

11. As described further below, law enforcement conducted a forensic interview of Minor A on June 28, 2023. According to Minor A, in or around September 2022, she met SORIANO via Snapchat when she was approximately 12 years old.[1] Minor A stated she posted something to her Snapchat "story" and SORIANO replied and asked if Minor A wanted to hang out, to which Minor A responded she did.

---

[1] Based on my training and experience, and on information provided by Snap, Inc. I know that Snapchat is a popular mobile messaging application for sending and receiving "self-destructing" messages, pictures, and videos. Snapchat offers four primary ways for users to communicate with each other: (1) Snaps: A user takes a photo or video using their camera phone in real-time. The user then selects a time limit of 1-10 seconds for the receiver to view the photo or video. A user can elect to have the photo/video saved in their phone's photo gallery or just sent via Snapchat, without being saved. The photo/video can then be sent to a friend in Snapchat. The Snap is deleted after the selected amount of time. If a recipient attempts to take a screenshot of the Snap to save on his/her phone, the application will notify the sender of this behavior. Snapchat states that it deletes each Snap from its servers once all recipients have viewed it. If a Snap has not been viewed by all recipients, Snapchat states that it retains the Snap for thirty days; (2) Memories: Memories is Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. A user can also edit and send Snaps and create Stories from these Memories. Snaps, Stories, and other photos and videos saved in Memories are backed up by Snapchat and may remain in Memories until deleted by the user; (3) Stories: A user can also add the photo/video Snap to their "Story." Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchatters or just the user's friends for up to 24 hours. Stories can also be saved in Memories; and (4) Chats: A user can also type messages to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties – and both parties swipe away from the Chat screen – the message will be cleared. Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message (text or photo) that he or she wants to keep. The user can clear the message by tapping it again.

4

According to Minor A, on at least one occasion, SORIANO met Minor A at Minor A's residence, in Williams Bay, Wisconsin, where Minor A believed they were going to watch a movie. Minor A explained, upon arriving to Minor A's residence, SORIANO picked Minor A up and carried her upstairs where SORIANO pulled down his pants revealing he had a "big boner." Minor A stated she did not want to have sex with SORIANO, but SORIANO wanted to, so Minor A and SORIANO had sex. According to Minor A, at that time, Minor A believed SORIANO to be 17 years old and Minor A told SORIANO she was 13 years old (Minor A was actually 12 years old). During the interview, Minor A was asked about an incident where used condoms were found in her room. Minor A stated she recalled that incident and confirmed the condoms were used with SORIANO.

12. According to Minor A, on at least one occasion, between approximately September 2022 and October 12, 2022, SORIANO drove near Minor A's residence and Minor A met SORIANO "down the street from her house." SORIANO then drove Minor A to his residence in Antioch, Illinois. In this instance, according to Minor A, SORIANO and Minor A engaged in vaginal sexual intercourse in SORIANO's bedroom on his bed. Minor A stated that SORIANO filmed the sexual intercourse with Minor A utilizing either his cellular phone or iPad. Minor A further explained that SORIANO then sent that video to Minor A via Snapchat, who then saved the video on her phone. According to Minor A, SORIANO told Minor A he also sent the video to several of his friends via Snapchat.

13. During the forensic interview, Minor A was shown two still shots taken from Video 1. Minor A identified herself and SORIANO in the image. Minor A stated she knew it was her and SORIANO because Minor A was the "only white girl he fucked." Minor A was shown a second still shot of Video 1 in which the blue bedding and white Fleur-de-lis pattern was visible. Minor A identified herself and SORIANO and stated the blue bedding was from SORINAO's bed in his home in Illinois. Minor A recalled she was 12 years old at this time the video was filmed.

14. Minor A recalled going to SORIANO's residence on multiple occasions. On at least one occasion, Minor A recalled traveling to SORIANO's residence with another minor (Minor B.)

**SORIANO COMMUNICATED WITH MINOR B ON SNAPCHAT AND HAD SEXUAL INTERCOURSE WITH MINOR B**

15. As described further below, law enforcement conducted a forensic interview of Minor B on April 4, 2023. According to Minor B, when she was 15 years old, Minor B met SORIANO[2] through Minor A, when Minor A shared SORIANO's Snapchat with Minor B. According to Minor B, SORIANO initially told Minor B he was 17 years old, but Minor B later learned that SORIANO was 22 years old. Based on my review of Illinois Secretary of State records, SORIANO was actually 25 years old between September 2022 and April 2023. Minor B stated she and SORIANO

---

[2] During this forensic interview conducted on April 4, 2023, Minor B described this male as "George" who had a "Mexican" sounding last name. Through details given by Minor B regarding this male's associated Snapchat account, and a subsequent forensic interview conducted on July 20, 2023, after Lake County Sheriff's Department located Minor B at SORIANO's home, the male referenced in this interview has been identified as SORIANO.

6

communicated via Snapchat where SORIANO used the Snapchat username "merch_king."[3]

16. Minor B stated she had been to SORIANO's home in Antioch, Illinois[4] approximately seven times. According to Minor B, SORIANO had sex with Minor B every time she visited his house. Minor B explained that SORIANO gave Minor B nicotine vapes. Minor B stated that she was addicted to vapes and felt like if she just kept having sex with SORIANO, she could get free vapes.

17. According to Minor B, one of the times Minor B saw SORIANO, SORIANO picked Minor B up from her home, in Elkins, Wisconsin, sometime between midnight and 2:00 a.m. and drove Minor B to his house in Antioch, Illinois. Minor B stated that SORIANO took Minor B to his bedroom and had vaginal sex with her two times. As Minor B explained, SORIANO left his bedroom and went outside to his car after the first sexual encounter and then returned to the bedroom, and had sex with Minor B a second time.

---

[3] A subpoena was served to Snapchat for the username "merch_king" which returned a previous display name of "Jorge." According to a WCSO report, Minor B showed interviewing detectives SORIANO's Snapchat account "merch_king" on Minor B's phone. Minor B gave consent for detectives to take photos of Snapchat images of a Hispanic male, believed to be SORIANO, sent from "merch_king" to Minor B. Law enforcement compared the Snapchat photographs of SORIANO against a known photograph of SORIANO from law enforcement databases and determined that the male in the photos from the "merch-king" account is SORIANO.

[4] According to a WCSO report, Minor B showed interviewing detectives SORIANO's Snapchat account on Minor B's phone. Snapchat has a Live Location feature that allows individuals to share their live location with Snapchat users of their choosing. Minor B was able to view SORIANO's location in Snapchat. Minor B took a screenshot of this location and sent the image to Detectives. The image showed SORIANO's Snapchat geolocation at the corner of W Loon Lake Blvd and N Bonham Ct. SORIANO's known address, 40265 N Bonham Ct, Antioch, Illinois, is located at the corner of W Loon Lake Blvd and N Bonham Ct.

18. According to Minor B, during a different visit, SORIANO picked Minor B up from a Culver's restaurant in Wisconsin and drove her back to his house in Antioch, Illinois. Minor B stated that SORIANO made a comment about wanting to get Minor B pregnant. According to Minor B, after SORIANO had sex with Minor B he bought "Plan B" at Walmart in Antioch and forced Minor B to take it.

19. Minor B stated she knows that Minor A had sex with SORIANO because Minor A showed Minor B a video. According to Minor B, the video depicted Minor A having sex with SORIANO. Minor B recalled seeing Minor A having sexual intercourse and Minor A was positioned "like a dog."[5] Minor B knew the man in the video was SORIANO because she recognized his dark skin tone and heard the man say "goodie." Minor B recalled that SORIANO said "goodie," as it always made Minor B feel uncomfortable.

### SORIANO'S ARREST IN LAKE COUNTY, ILLINOIS

20. According to a Lake County Sheriff's Office (LCSO) report, on or about May 27, 2023, at approximately 3:19 am, LCSO deputies responded to a 911 call in which an unknown female caller was screaming and crying for help. The reports detail that LCSO deputies arrived at 40265 N Bonham Ct, Antioch, Illinois and encountered a male, identified as SORIANO, who answered the door. According to LCSO reports, they identified two juvenile females in SORIANO's residence, Minor

---

[5] According to a WCSO report, on or around April 12, 2023, Minor B was shown a still shot of Video 1. The still shot only depicted an image of the bedding (dark blue blanket covered in what appeared to be white Fleur-de-lis) as seen in Video 1. Minor B stated she had not seen that fabric pattern anywhere.

A and Minor B. Further, the LCSO reports indicate that Minor B told officers she had called 911, that she was 15 years old, Minor A was 13 years old, and they were with 25 year old SORIANO. The LCSO reports indicate that Minor B stated Minor A wanted to have sex with SORIANO and Minor A then stepped out of the residence and spoke to Minor B stating "you did too." According to the LCSO reports, Minor B responded "but I didn't" and Minor A replied stating "but you were crying over it."

21. As described further below, law enforcement conducted a forensic interview of Minor B on July 20, 2023. According to Minor B, on or about May 26, 2023, Minor A and Minor B were together at Minor A's home, in Williams Bay, Wisconsin. Minor B stated that Minor A messaged SORIANO on Minor A's cellular telephone through Minor B's Snapchat account asking if SORIANO would pick them up. According to Minor B, SORIANO stated he was at work, but said he would pick them up after work. According to Minor B, Minor A told SORIANO that both she and Minor B would have sex with him.

22. Minor B further explained that she and Minor A left Minor A's house and walked to a Mobil gas station nearby. According to Minor B, SORIANO picked up Minor A and Minor B around midnight or 1:00 am,[6] in a white SUV that belonged

---

[6] According to a WBPD report, on or around May 27, 2023, officers reviewed surveillance footage from the Mobil gas station. At approximately 1:38 a.m., what appeared to be a light-colored SUV slowly approached 36 W Geneva St. and stopped in front for several moments. The vehicle then drove off heading West on W Geneva St. Of note, the surveillance footage was in black and white and when vehicles approached the Mobil gas station, the headlamps cause a white spot on the camera to block out part of the photo. After reviewing the footage, officers were unable to state with certainty that this was vehicle used by SORIANO.

9

to SORIANO's mother. Minor B explained that SORIANO gave both girls vapes and then drove them back to his home located at 40265 N Bonham Court, Antioch, Illinois.

23. Minor B stated that SORIANO took both girls to his bedroom and changed his clothes in front of them. According to Minor B, SORIANO asked the girls if they wanted to smoke "weed," and Minor A accepted the offer.

24. According to Minor B, SORIANO and Minor A were cuddling on the bed when SORIANO asked Minor A to take her clothes off. Minor B stated she tried to ignore them and continued to watch Netflix. Minor B explained she began to hear what sounded like Minor A "sucking him off" under a blanket. Minor B stated she was uncomfortable and left the bedroom to go downstairs. According to Minor B, after she went downstairs, Minor B heard SORIANO and Minor A having sex.

25. Minor B stated Minor A eventually joined Minor B downstairs. According to Minor B, she told Minor A that she no longer wished to be Minor A's friend and Minor A grabbed her cellular phone back from Minor B and logged Minor B out of Snapchat. Minor B stated Minor A hit Minor B so SORIANO stepped in between Minor A and Minor B to stop them from fighting. Minor B explained she ran upstairs and grabbed SORIANO's iPhone to call 911. Minor B stated SORIANO "tackled" Minor B and grabbed the cellular telephone from her before she could speak to the 911 operator. According to Minor B, SORIANO began crying and trying to cuddle Minor B.

26. Minor B stated she saw flashlights outside and assumed it was the police. According to Minor B, SORIANO told Minor B that he would answer the door,

10

but he kept asking why she would report him to the police. Minor B stated SORIANO asked Minor B if it was because they no longer loved him, and SORIANO handed Minor B $300 from his wallet before he went downstairs to answer the door.

27. According to LCSO reports, SORIANO was arrested for criminal sexual abuse that evening.

28. Based on the above information, there is probable cause to believe that SORIANO knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce.

FURTHER AFFIANT SAYETH NOT.

_____
KINSEY RUSSELL
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone October 11, 2023.

_____
Honorable GABRIEL A. FUENTES
United States Magistrate Judge

11