RANDOM CAT 2



**FILED**
12/21/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MCP

JUDGE DURKIN
MAGISTRATE JUDGE FUENTES

Dec 21, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**1:23CR535**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 535 |
| v. | Violations: Title 18, United States Code, Sections 2251(a) and (e), 2423(a), 2423(b), 2253, and 2428. |
| GEORGE SORIANO | |

## COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

Beginning on or about August 16, 2022 and continuing through on or about October 13, 2022, at Lake County, in the Northern District of Illinois, Eastern Division, and elsewhere,

GEORGE SORIANO,

defendant herein, used, persuaded, induced, and enticed a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported or transmitted using any means and facility of interstate commerce, and that the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

1

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about May 27, 2023, at Lake County, in the Northern District of Illinois, Eastern Division, and elsewhere,

GEORGE SORIANO,

defendant herein, traveled in interstate commerce from the state of Illinois to the states of Wisconsin, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), in that he traveled with intent to engage in a sexual act with Minor A, who was 13 years old, and Minor B, who was 15 years old, and who were each at least 4 years younger than defendant;

In violation of Title 18, United States Code, Section 2423(b).

## **COUNT THREE**

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about May 27, 2023, at Lake County, in the Northern District of Illinois, Eastern Division, and elsewhere,

### GEORGE SORIANO,

defendant herein, knowingly transported and caused to be transported Minor A and Minor B, each of whom had not attained the age of 18, in interstate commerce, from the State of Wisconsin to the State of Illinois, with intent to engage in sexual activity for which defendant could be charged with a criminal offense, namely, aggravated criminal sexual abuse, in violation of 720 ILCS 5/11-1.60(d);

In violation of Title 18, United States Code, Section 2423(a).

## **FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Sections 2251, 2423(a) and (b), as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Sections 2253(a) and 2428(a).

2.      The property to be forfeited includes but is not limited to: the Apple iPhone cellphone in a red case bearing Serial Number G6TDR8JU0D83; and a rose gold Apple iPad in a pink case bearing Serial Number GG7Z90D5MF3V.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL:

_____

FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

4